Darren J. Quinn (149679)
LAW OFFICES OF DARREN J. QUINN
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401

*Attorneys for Plaintiff Steven M. Gardner*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GARDNER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CAFEPRESS INC., a Delaware corporation, BEVERLY TEALL, an individual<br><br>    Defendants. | CASE NO. **13CV1108 GPC JMA**<br><br>**MOTION TO FILE PAPERS UNDER SEAL IN CONNECTION WITH PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge Gonzalo P. Curiel |

| | |
|---|---|
| Date: | February 28, 2014 |
| Time: | 1:30 p.m. |
| Place: | Ctrm 2D (Schwartz Bldg) |
| Judge: | Hon. Gonzalo P. Curiel |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in connection with plaintiff Steven M. Gardner's opposition to defendant's motion for summary judgment, plaintiff will, and hereby does, move the Court for an order to file the following documents under seal:

1.   PLAINTIFF'S OPPOSITION TO DEFENDANT CAFEPRESS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT

2.   DECLARATION OF DARREN J. QUINN IN OPPOSITION TO DEFENDANT CAFEPRESS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT

These documents contain information designated Confidential by defendant pursuant to the Confidentiality Order in this action.

"Historically, courts have recognized a general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quotation omitted). Except for documents that are traditionally kept secret, there is "a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). "A party seeking to seal a judicial record then bears the burden of overcoming this strong presumption by meeting the compelling reasons standard. That is, the party must articulate compelling reasons supported by specific factual findings, ... that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Kamakana*, 447 F.3d at 1178-79 (quotation omitted).

Although plaintiff disagrees with defendant's "Confidential" designations,

1  plaintiff respectfully requests that these documents be filed under seal until

2  defendant is given a reasonable time to attempt to satisfy the "compelling reasons

3  standard" set forth in *Kamakana. Id.*

4        Plaintiff requests that any order allowing a document be filed under seal be

5  without prejudice to plaintiff's right to argue that such sealed document or

6  information should be made public for purposes of trial or other proceedings.

7  Dated: January 24, 2014      LAW OFFICES OF DARREN J. QUINN
8                         DARREN J. QUINN

9                         s/s Darren J. Quinn
10                         Darren J. Quinn

11                     12702 Via Cortina, Suite 105
                      Del Mar, CA 92014
12                     Telephone: (858) 509-9401

13                     *Attorneys for Plaintiff Steven M. Gardner*

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following documents(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

-- **MOTION TO FILE PAPERS UNDER SEAL IN CONNECTION WITH PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The following are those who are currently on the list to receive e-mail notices for this case.

Ian Charles Ballon
ballon@gtlaw.com,solorzanom@gtlaw.com,kolbers@gtlaw.com,barrowm@gtlaw.com,LALitDock@GTLAW.com,lawrencead@gtlaw.com

Darren James Quinn
dq@dqlaw.com,dquinn@quinnattorney.com

Manual Notice List

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

(No manual recipients)

Dated:        January 24, 2014                    s/s Darren J. Quinn
                                                          Darren J. Quinn