UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GARDNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAFEPRESS INC., a Delaware Corporation; BEVERLY TEALL, an indvidual,<br><br>Defendants. | Case No. 3:13-cv-1108-GPC-JMA<br><br>**ORDER DIRECTING CLERK OF COURT TO PUBLICLY FILE DOCUMENTS** |

On January 24, 2014, Plaintiff filed and lodged certain documents, (ECF Nos. 32, 33), in opposition to defendant CafePress, Inc.'s ("CafePress") Motion for Summary Judgment, (ECF No. 15). Among the documents Plaintiff filed, was a motion to seal "Plaintiff's Opposition to Defendant CafePress' Motion for Summary Judgment or, Alternatively, for Partial Summary Judgment" ("Opposition") and the "Declaration of Darren J. Quinn in Opposition to Defendant CafePress' Motion for Summary Judgment or, Alternatively, for Partial Summary Judgment" ("Quinn Declaration"). (See ECF No. 33.) The Court denied Plaintiff's Motion to Seal without prejudice and directed Defendant CafePress to file a motion to seal setting forth the compelling reasons to seal the information contained in Plaintiff's Opposition and the Quinn Declaration that CafePress had marked "confidential" pursuant to the Protective Order

entered in this matter. (ECF No. 35.) The Court noted that should CafePress fail to file such a motion by January 31, 2014, at 12:00 p.m., Plaintiff's Opposition and the Quinn Declaration would be publicly filed. To date, CafePress has not filed a motion to seal Plaintiff's Opposition or the Quinn Declaration. Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall **PUBLICLY FILE**, as separate docket entries in this matter, the documents currently lodged at ECF No. 34.

DATED: February 20, 2014

HON. GONZALO P. CURIEL
United States District Judge