**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
Lori Chang (SBN 228142)
Adrienne J. Lawrence (SBN 263997)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email:  ballon@gtlaw.com,
changl@gtlaw.com,
lawrencead@gtlaw.com

*Attorneys for Defendant CafePress Inc.*

**LAW OFFICES OF DARREN J. QUINN**
Darren J. Quinn (SBN 149679)
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Telephone: (858) 509-9401
Email: dq@dqlaw.com

*Attorneys for Plaintiff Steven M. Gardner*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GARDNER, an individual<br><br>Plaintiff,<br><br>v.<br><br>CAFEPRESS INC., a Delaware Corporation, et al.<br><br>Defendants. | Case No.: 3:13-CV-01108 (GPC) JLB<br><br>**THIRD JOINT MOTION TO CONTINUE BRIEFING AND HEARING DATES** |

Plaintiff Steven Gardner and Defendant CafePress, Inc. move the Court for an order continuing the briefing and hearing dates in the Order Granting Second Joint Motion to Continue Briefing and Hearing Dates (ECF No. 77) to facilitate settlement discussions through a mandatory settlement conference before Magistrate Judge Burkhardt.

The parties previously had stipulated to appear for a settlement conference with Magistrate Judge Adler on June 2, 2014 and had agreed to extend certain filing and hearing dates accordingly to allow the parties time to pursue serious settlement discussions. However, the settlement conference scheduled for June 2, 2014 (ECF No. 75) was reset to June 23, 2014 on May 22, 2014 (ECF No. 79) when this case was transferred to Magistrate Judge Burkhardt (ECF No. 78). Although the parties had hoped to keep the same settlement conference date and briefing and hearing schedule, they were informed that Magistrate Judge Burkhardt was unavailable on June 2, 2014. Due to a scheduling conflict with defendant for a settlement conference on June 23, 2014, the parties have jointly moved that the settlement conference take place on July 1, 2014 (ECF No. 80).

Accordingly, they jointly move to continue the dates set forth in the Order Granting Second Joint Motion to Continue Briefing and Hearing Dates (ECF No. 77) as follows:

| *Event* | *Current Date* | *New Date* |
|---|---|---|
| Opposition to Motion for Reconsideration (ECF No. 52) | Friday, July 11, 2014 | Friday, August 1, 2014 |
| Opposition to Motion to Amend Complaint (ECF No. 54) | Friday, July 11, 2014 | Friday, August 1, 2014 |
| Opposition to Motion to File Amicus Brief (ECF No. 65) | Friday, July 11, 2014 | Friday, August 1, 2014 |
| Reply in Support of Motion for Reconsideration (ECF No. 52) | Friday, July 25, 2014 | Friday, August 15, 2014 |

**Third Joint Motion to Continue Briefing and Hearing Dates**   3:13-CV-01108 GPC (JLB)

| Reply in Support of Motion to Amend Complaint (ECF No. 54) | Friday, July 25, 2014 | Friday, August 15, 2014 |
|---|---|---|
| Reply in Support of Motion to File Amicus Brief (ECF No. 65) | Friday, July 25, 2014 | Friday, August 15, 2014 |

The proposed schedule will facilitate ongoing settlement discussions between the parties. Additionally, in furtherance those settlement discussions, the parties have stipulated that they will not file any new motions until after July 17, 2014.

Accordingly, the parties respectfully request the Court enter an Order modifying the hearing and briefing dates as set forth above.

**Dated**: June 2, 2014         Respectfully submitted,

GREENBERG TRAURIG LLP


/s/ *Ian C. Ballon*
Ian C. Ballon
E-mail: Ballon@gtlaw.com

*Attorneys for Defendant*
CafePress Inc.


I, Ian C. Ballon, certify that the content of this Joint Motion to Continue Briefing and Hearing Dates is acceptable to all parties signing this motion, as required by the United States District Court for the Southern District of California Electronic Case Filing Administrative Policies and Procedures.

| | | |
|---|---|---|
| 1 | **Dated:** June 2, 2014 | LAW OFFICES OF DARREN J. QUINN |

*/s/ Darren J. Quinn*
Darren J. Quinn
Email: dq@dqlaw.com

*Attorneys for Plaintiff*
Steven M. Gardner