UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GARDNER, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CAFEPRESS INC., a Delaware Corporation; BEVERLY TEALL, an indvidual,<br><br>　　　　　　　　Defendants. | Case No. 3:13-cv-1108-GPC-JMA<br><br>**ORDER GRANTING THIRD JOINT MOTION TO CONTINUE BRIEFING AND HEARING DATES**<br><br>**(ECF NO. 82)** |

    Good cause appearing in that the parties continue to engage in settlement discussions, the parties' second Joint Motion to Continue Briefing and Hearing Dates is **GRANTED**. Accordingly, the **BRIEFING SCHEDULES** on defendant CafePress Inc.'s Motion for Reconsideration, (ECF No. 52), Plaintiff's Motion for Leave to File Second Amended Complaint, (ECF No. 54), and proposed amici's Motion Requesting

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Leave to File Brief as Amici Curiae, (ECF No. 65), are **CONTINUED** as follows:

| Event | Current Date | New Date |
|---|---|---|
| Response: Motion for Reconsideration | Friday, July 11, 2014 | Friday, August 15, 2014 |
| Response: Motion for Leave to File SAC | Friday, July 11, 2014 | Friday, August 15, 2014 |
| Response: Proposed Amici's Motion | Friday, July 11, 2013 | Friday, August 15, 2013 |
| Reply: Motion for Reconsideration | Friday, July 25, 2014 | Friday, August 29, 2014 |
| Reply: Motion for Leave to File SAC | Friday, July 25, 2014 | Friday, August 29, 2014 |
| Reply: Proposed Amici's Motion | Friday, July 25, 2014 | Friday, August 29, 2014 |

The **HEARING** on proposed amici's Motion Requesting Leave to File Brief as Amici Curiae, (ECF No. 65), is **CONTINUED** to **September 19, 2014, at 1:30 p.m.**

The **HEARING** on Defendant's Motion for Reconsideration, (ECF No. 52), and Plaintiff's Motion for Leave to File Second Amended Complaint, (ECF No. 54), is **CONTINUED** to **September 26, 2014, at 1:30 p.m.**

**IT IS SO ORDERED.**

DATED:  June 2, 2014

HON. GONZALO P. CURIEL
United States District Judge