UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GARDNER, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CAFEPRESS INC., a Delaware Corporation, et al.,<br><br>　　　　　　　　　　　　Defendants. | Civil No.   13cv1108-GPC (JLB)<br><br>**ORDER DENYING SECOND JOINT MOTION TO CONTINUE SCHEDULING ORDER DATES**<br><br>**[ECF No. 81]** |

Presently before the Court is the Parties' Second Joint Motion to Continue Scheduling Order Dates. (ECF No. 81.) The Parties assert, as they did in their First Joint Motion to Continue, that amending the current scheduling order will facilitate ongoing settlement discussions. On June 2, 2014, the Court granted the Parties' Joint Motion to Continue the Mandatory Settlement Conference by approximately eight calendar days. (ECF No. 83.) The instant motion however, seeks to delay scheduling order dates by as many as 90 days. The Parties have failed to provide good cause as to why the scheduling dates should be continued to the extent requested. According, the Joint Motion to Continue is hereby **DENIED**.

　　　　　IT IS SO ORDERED.


DATED:  June 12, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JILL L. BURKHARDT
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

13cv1108