MINUTES OF THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Case Name:     **Gardner v. Cafepress Inc., et al.**         Case Number:     **13cv1108-GPC (JLB)**

Hon. Jill L. Burkhardt        Ct. Deputy Roi-Ann Bressi        Rptr. Tape:

On May 22, 2014, the instant case was transferred from the Honorable Jan M. Adler to the Honorable Jill L. Burkhardt. (ECF No. 78.) At the time the case was transferred, a mandatory settlement conference was scheduled before Judge Adler. The settlement conference was subsequently reset before Judge Burkhardt for July 1, 2014. (ECF No. 83.) The Court notes that while the conference is title as a "mandatory" settlement conference, it is really a voluntary settlement conference, as the MSC is not scheduled to occur until March 2015. (ECF No. 73.)

On June 2, 2014, United States District Judge Gonzalo P. Curiel issued an order granting a joint motion to continuing briefing and hearing dates as to a number of pending motions before Judge Curiel. (ECF No. 84.) Currently pending is Plaintiff's motion for leave to amend the complaint to add an additional claim and party (ECF No. 54), as well as Defendant's motion for reconsideration regarding the order on Defendant's motion for summary judgement. (ECF No. 52.) Having reviewed these pending motions, the Court is persuaded that an additional settlement conference would not be beneficial at this point in time. The parties are free to contact Judge Burkhardt's Chambers to request a settlement conference once these motions have been ruled upon, or at an earlier time if the parties agree that a further settlement conference is likely to be successful. Accordingly, the settlement conference scheduled for July 1, 2014 is hereby **VACATED**.

Date:     6/27/2014

Initials: jeb