**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
Lori Chang (SBN 228142)
Adrienne J. Lawrence (SBN 263997)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email:  ballon@gtlaw.com,
changl@gtlaw.com,
lawrencead@gtlaw.com

*Attorneys for Defendant CafePress Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GARDNER, an individual<br><br>Plaintiff,<br><br>v.<br><br>CAFEPRESS INC., a Delaware Corporation, et al.<br><br>Defendants. | Case No.: 3:13-CV-01108 (GPC) JLB<br><br>**NOTICE OF ERRATA RE: DECLARATION OF LORI CHANG IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (ECF #90-1)** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS GIVEN** that on August 15, 2014, due to inadvertent oversight, counsel for defendant CafePress Inc. filed the Declaration of Lori Chang in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint (ECF #90-1) ("Declaration of Lori Chang") without exhibits C-F as referenced in the declaration. Counsel for defendant regrets the omission and apologizes for any inconvenience to the Court and to the parties that may have resulted from this mistake. Attached hereto as Exhibit 1 is the correct Declaration of Lori Chang with all exhibits.

**Dated**: August 26, 2014            GREENBERG TRAURIG LLP


                                      *s/Lori Chang*
                                      Lori Chang
                                      *Attorneys for Defendant*
                                      CafePress Inc.

---

**Notice of Errata**                                        3:13-CV-01108 GPC (JLB)

## CERTIFICATE OF SERVICE

I certify that on August 26, 2014 the **NOTICE OF ERRATA RE: DECLARATION OF LORI CHANG IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (ECF #90-1)** was served electronically to:

>Daren J. Quinn, Esq.
>Law Offices of Darren J. Quinn
>12702 Via Cortina, Suite 105
>Del Mar, CA  92014
>E-mail:  dq@dqlaw.com
>*Attorney for Plaintiff*
>Steven M. Gardner

Pursuant to CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmission facilities.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Executed on August 26, 2014 at Los Angeles, California.

>*s/Lori Chang*
>Lori Chang
>*Attorneys for Defendant CafePress Inc.*

**Notice of Errata**                                                                 3:13-CV-01108 GPC (JLB)