**GREENBERG TRAURIG, LLP**
IAN C. BALLON (SBN 141819)
LORI CHANG (SBN 228142)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:  ballon@gtlaw.com
        changl@gtlaw.com

SARAH E. BARROWS (SBN 253278)
4 Embarcadero Center, Suite 3000
San Francisco, California 94111
Telephone: (415) 655-1300
Facsimile:  (415) 707-2010
Email:  barrowss@gtlaw.com

*Attorneys for Defendant CafePress Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GARDNER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CAFEPRESS INC., a Delaware Corporation, et al.<br><br>Defendant(s). | CASE No. 3:13-CV-01108 GPC (JLB)<br>**NOTICE OF MOTION AND MOTION TO STRIKE DECLARATION OF DARREN J. QUINN (ECF NO. 119) AND PLAINTIFF'S LATE-FILED DOCUMENTS IN OPPOSITION TO DEFENDANT CAFEPRESS' MOTION FOR SUMMARY JUDGMENT ON LIABILITY OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES; MEMORNADUM IN SUPPORT; DECLARATION OF R. GUYON RE: DISCOVERY PROVIDED TO PLAINTIFF**<br><br>Date:       December 5, 2014<br>Time:      1:30 p.m.<br>Judge:     Hon. Gonzalo P. Curiel<br>Courtroom: 2D (Schwartz) |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on Friday, December 5, 2014 at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Gonzalo P. Curiel in Courtroom 2D at the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Defendant CafePress, Inc. will, and hereby does, move for an order striking portions of the Declaration of Darren J. Quinn in Opposition to Defendant CafePress' Motion for Summary Judgment on Liability or, Alternatively, for Partial Summary Judgment on Damages (ECF No. 119), Plaintiff's Response to Defendant's Statement of Undisputed Material Facts (ECF No. 124) in its entirety, and Objections to Decl. of Lindsay Moore (ECF No. 125) in its entirety.

CafePress moves to strike portions of the Quinn Decl. because it includes arguments and allegations based on speculation, which are not factual, and not based upon Darren Quinn's personal knowledge. CafePress moves to strike the Response to Defendant's Statement of Undisputed Material Facts and Objections to Decl. of Lindsay Moore because Plaintiff purposefully and improperly filed the documents two weeks late, and he has made no demonstration of excusable neglect for his untimely filing.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and the Declaration of R. Guyon re: Discovery Provided to Plaintiff.

Respectfully submitted,

DATED: November 7, 2014     GREENBERG TRAURIG, LLP

By:   */s/ Sarah Barrows*
      Sarah Barrows
*Attorneys for defendant CafePress Inc.*
Email:  barrowss@gtlaw.com

# CERTIFICATE OF SERVICE

I certify that on November 7, 2014 the **NOTICE OF MOTION AND MOTION TO STRIKE DECLARATION OF DARREN J. QUINN (ECF NO. 119) AND PLAINTIFF'S LATE-FILED DOCUMENTS IN OPPOSITION TO DEFENDANT CAFEPRESS' MOTION FOR SUMMARY JUDGMENT ON LIABILITY OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES; MEMORNADUM IN SUPPORT; DECLARATION OF R. GUYON RE: DISCOVERY PROVIDED TO PLAINTIFF**

was served electronically to:

Daren J. Quinn, Esq.
Law Offices of Darren J. Quinn
12702 Via Cortina, Suite 105
Del Mar, CA  92014
E-mail:  dq@dqlaw.com
*Attorney for Plaintiff*
*Steven M. Gardner*

Pursuant to CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmission facilities.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Executed on November 7, 2014 at Los Angeles, California.

      /s/ Sarah Barrows
      Sarah Barrows
*Attorneys for defendant CafePress Inc.*
Email:  barrowss@gtlaw.com