MINUTES OF THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Case Name:   **Gardner v. Cafepress, Inc. at al.**       Case No.:   **13cv1108 GPC (JLB)**

Hon. Jill L. Burkhardt        Ct. Deputy Roi-Ann Bressi        Rptr. Tape:

The Court finds good cause to extend the parties' motion filing deadline with respect to the six discovery disputes raised during the parties' December 8, 2014 phone call to the Court. Counsel for Defendant Cafepress raised four issues and counsel for Plaintiff raised two issues.

The Court expects that the parties have complied with Judge Burkhardt's Civil Chambers Rules regarding the meet and confer requirements and will accept a motion from each side concerning the six discovery disputes pursuant to Federal Rules of Civil Procedure without requiring a discovery conference. This order extends the motion filing deadline - as set forth below - and sets a briefing schedule and hearing date for cross motions seeking to resolve the discovery disputes:

1. Plaintiff and Defendant may each file and serve a motion on their respective discovery disputes on or before **December 12, 2014** at **5:00 p.m.** Each motion shall be no more than **five pages**, exclusive of exhibits. Counsel should not attach copies of any meet and confer correspondence. The motions shall include:

    a. A declaration of compliance with the meet and confer requirements. Sanctions may issue for any motion filed prior to compliance with the meet and confer requirements;

    b. A specific identification of each dispute, following this format:

        i. A reference to the discovery request and response at issue;

        ii. A statement by the propounding party as to why the discovery is needed, including any legal basis to support the position; and

        iii. The legal basis for the objection by the responding party; and

//

        c.     An exhibit containing an excerpt of only the relevant requests and responses at issue (including any <u>material</u> definitions and general objections).

2. Plaintiff and Defendant may each file and serve an opposition to the other side's motion on or before **December 16, 2014** at **5:00 p.m.** The opposition shall be no more than **five pages**, exclusive of exhibits. Counsel should not attach copies of any meet and confer correspondence.

3. Plaintiff and Defendant may each file and serve a reply to their respective motions on or before **December 18, 2014** at **5:00 p.m.** The reply shall be no more than two pages, exclusive of exhibits. Counsel should not attach copies of any meet and confer correspondence.

4. For purposes of complying with CivLR 5.1.j.4., a hearing date of **December 19, 2014** at **9:00 a.m.** is assigned. Unless the Court directs otherwise in advance of the hearing date, pursuant to Local Rule 7.1.d.1., this matter will be resolved without oral argument and no personal appearances on the hearing date should be made.

5. Each document filed must comply with CivLR 5.1.

6. The parties are directed to consult Section 2.e of the Court's Electronic Case Filing Administrative Policies and Procedures Manual to determine whether courtesy copies need to be delivered to Chambers.

Date:     December 9, 2014

                                                              Initials: jeb