# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GARDNER, an individual, | **CASE NO. 13CV1108 GPC (JLB)** |
| Plaintiff, | |
| v. | **REQUEST FOR APPROVAL OF SUBSTITUTION OF PLAINTIFF'S ATTORNEY** |
| CAFEPRESS INC., a Delaware corporation, and LAKIN SOUTHALL, an individual | |
| Defendants. | |
| STEVEN M. GARDNER, an individual, | |
| Plaintiff, | |
| v. | **CASE NO. 14CV792-GPC (JLB)** |
| CAFEPRESS INC., a Delaware corporation, PRIDEANDMORE a person or business, TELLAPART, INC., a Delaware corporation, | Judge: Hon. Gonzalo P. Curiel |
| Defendants. | |

## CONSENT AND REQUEST OF PLAINTIFF

Pursuant to Local Rule 83.3(g)(2), plaintiff Steven M. Gardner ("Gardner") hereby requests the Court approve the substitution of attorney Jay S. Kopelowitz (149652) as attorney of record in place and stead of attorney Darren J. Quinn (149679). Mr. Kopelowitz is substituted in as counsel to facilitate certain conditions required by a written settlement between plaintiff Gardner and defendant CafePress, Inc.

Dated: December 19, 2014        _____
                                Plaintiff Steven Gardner

## CONSENT OF FORMER ATTORNEY

Darren J. Quinn consents to the substitution.

Dated: December 19, 2014        _____
                                Darren J. Quinn (149679)

## CONSENT OF NEW ATTORNEY

Jay S. Kopelowitz consents to the substitution. Pleadings and notices to plaintiff may be sent to:

Jay S. Kopelowitz (149652)
KOPELOWITZ & ASSOCIATES
12702 Via Cortina, Suite 700
Del Mar, California 92014
Telephone: 877-755-7997
jay@jaylaw.com

Dated: December 19, 2014        _____
                                Jay S. Kopelowitz

## COURT APPROVAL

The Court consents to the substitution

Dated: December ___, 2014       _____
                                HON. GONZALO P. CURIEL

# PROOF OF SERVICE

I hereby certify that I electronically filed the following documents(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

-- **REQUEST FOR APPROVAL OF SUBSTITUTION OF PLAINTIFF'S ATTORNEY**

The following are those who are currently on the list to receive e-mail notices for this case.

Ian Charles Ballon
ballon@gtlaw.com, solorzanom@gtlaw.com, kolbers@gtlaw.com, barrowm@gtlaw.com, LALitDock@GTLAW.com, lawrencead@gtlaw.com

Sarah E. Barrows
barrowss@gtlaw.com

Darren James Quinn
dq@dqlaw.com, dquinn@quinnattorney.com

Manual Notice List

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

(No manual recipients)

Dated: December 19, 2014            s/s Darren J. Quinn
                                    Darren J. Quinn