# CERTIFICATE OF SERVICE

I certify that on January 6, 2015, the **JOINT MOTION CONTINUING DISCOVERY MOTION REPLY BRIEFS** was served on the following:

**KOPELOWITZ & ASSOCIATES**
Jay S. Kopelowitz (SBN 149652)
12702 Via Cortina Suite 700
Del Mar, California 92014
Telephone: (877) 755-7997
Facsimile: (877) 755-7997
Email: jay@jaylaw.com
*Attorney for Plaintiff Steven M. Gardner*

☐ **(BY E-MAIL)**
    On January 6, 2015, I transmitted the foregoing document(s) by e-mail to the parties at their respective e-mail addresses as indicated above.

☒ **(BY MAIL)**
    ☒ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
    ☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.

Executed on January 6, 2015 at Los Angeles, California.

By: _____
Sherry B. Kolber

CERTIFICATE OF SERVICE – JOINT MOTION CONTINUING DISCOVERY MOTION REPLY BRIEFS
3:13-CV-01108 GPC (JLB)