| | |
|---|---|
| **GREENBERG TRAURIG, LLP** | **LAW OFFICES OF DARREN QUINN** |
| Ian C. Ballon (SBN 141819) | Daren J. Quinn, Esq. (SBN 149679) |
| Lori Chang (SBN 228142) | 12702 Via Cortina, Suite 105 |
| Rebekah S. Guyon (SBN 291037) | Del Mar, CA 92014 |
| 1840 Century Park East, Suite 1900 | Telephone: (858) 509-9401 |
| Los Angeles, California 90067 | E-mail: dq@dqlaw.com |
| Telephone: (310) 586-7700 | |
| | *Attorney for Plaintiff* |
| *Attorneys for Defendants* | *Steven M. Gardner* |
| *CafePress Inc. and TellApart, Inc.* | |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GARDNER, an individual,<br>         Plaintiff,<br>     v.<br>CAFEPRESS INC., a Delaware Corporation, and LAKIN SOUTHALL,<br>         Defendants. | Case No.: 3:13-CV-1108 (GPC) JLB<br>Case No.: 3:14-CV-0792 (GPC) JLB<br><br>**JOINT MOTION CONTINUING DEADLINES** |
| STEVEN M. GARDNER, an individual,<br>         Plaintiff,<br>     v.<br>CAFEPRESS INC., a Delaware Corporation, TELLAPART, INC., and PRIDEANDMORE,<br>         Defendants. | |

1  WHEREAS Plaintiff Steven Gardner and defendant CafePress, Inc. ("CafePress") have been working with a private mediator to attempt to resolve these consolidated actions after the Court entered and served its Order [ECF No. 153] on January 12, 2015;

THE PARTIES JOINTLY MOVE to extend the dates in the Order as set forth below or such other dates acceptable to the Court:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Plaintiff's Opposition to CafePress' Motion to Dismiss (ECF Nos. 122) | January 23, 2015 (ECF No. 153, ¶2) | January 30, 2015 |
| Defendant's Reply in Support of its Motion to Dismiss (ECF Nos. 122, 123) | January 30, 2015 (ECF No. 153, ¶2) | February 6, 2015 |
| Plaintiff's Opposition to CafePress' Motion for Summary Judgment (ECF No. 134) | January 30, 2015 (ECF No.153, ¶4) | February 6, 2015 |
| Joint Motion to obtain new scheduling dates | January 30, 2015 (ECF No. 153, ¶3) | February 6, 2015 |
| Defendant's Reply in Support of its Motion for Summary Judgment (ECF No. 134) | February 6, 2015 (ECF No. 153, ¶4) | February 13, 2015 |

\\
\\

| | |
|---|---|
| | GREENBERG TAURIG LLP |
| Dated: January 23, 2015 | |
| | By: */s/ Ian C. Ballon* |
| | Ian C. Ballon |
| | *Attorneys for Defendants CafePress Inc. and TellApart, Inc.* |
| | Email: ballon@gtlaw.com |

| | |
|---|---|
| Dated: January 23, 2015 | LAW OFFICES OF DARREN J. QUINN |
| | By: *s/ Darren J. Quinn* |
| | Darren J. Quinn |
| | *Attorneys for Plaintiff Steven M. Gardner* |
| | Email: dq@dqlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following documents(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

-- **JOINT MOTION CONTINUING DEADLINES**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ian Charles Ballon**
ballon@gtlaw.com,kolbers@gtlaw.com,changl@gtlaw.com,LALitDock@GTLAW.com
- **Sarah Elizabeth Barrows**
barrowss@gtlaw.com,SFOLitDock@gtlaw.com,skandalariss@gtlaw.com,tasistaj@gtlaw.com
- **Lori Chang**
changl@gtlaw.com,stokiene@gtlaw.com,lalitdock@gtlaw.com,cronkritec@gtlaw.com
- **Rebekah Strawn Guyon**
guyonr@gtlaw.com
- **Monica Adriel Hernandez**
hernandezmo@gtlaw.com
- **Samuel Duncan Hinkle , IV**
sam.hinkle@skofirm.com,maria.sogandares@skofirm.com
- **Adrienne J. Lawrence**
lawrencead@gtlaw.com
- **Corynne M. McSherry**
corynne@eff.org,madeleine@eff.org
- **Darren James Quinn**
dq@dqlaw.com,dquinn@quinnattorney.com

Manual Notice List

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

(No manual recipients)

Dated:       January 23, 2015

                   s/s Darren J. Quinn