| | |
|---|---|
| **GREENBERG TAURIG, LLP**<br>Ian C. Ballon (SBN 141819)<br>Lori Chang (SBN 228142)<br>Rebekah S. Guyon (SBN 291037)<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>Telephone:  (310) 586-7700<br>Facsimile:   (310) 586-7800<br>Email:      ballon@gtlaw.com,<br>changl@gtlaw.com, guyonr@gtlaw.com<br><br>*Attorneys for Defendants*<br>*CafePress Inc. and TellApart, Inc.* | **LAW OFFICES OF DARREN QUINN**<br>Daren J. Quinn, Esq. (SBN 149679)<br>12702 Via Cortina, Suite 105<br>Del Mar, CA  92014<br>Telephone: (858) 509-9401<br>E-mail:  dq@dqlaw.com<br><br>*Attorney for Plaintiff*<br>*Steven M. Gardner* |

(Attorney information above)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GARDNER,<br>an individual,<br><br>      Plaintiff,<br><br>      v.<br><br>CAFEPRESS INC., a Delaware corporation, and LAKIN SOUTHALL, an individual,<br><br>      Defendants. | Case Nos.: 13-cv-1108-GPC-JLB;14-cv-0792-GPC-JLB<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |
| STEVEN M. GARDNER,<br>an individual,<br><br>      Plaintiff,<br><br>      v.<br><br>CAFEPRESS INC., a Delaware corporation, PRIDEANDMORE; and TELLAPART, INC.<br><br>      Defendants. | |

1 | WHEREAS, on May 8, 2013, Plaintiff Steven M. Gardner ("Gardner") filed an action against Defendant CafePress Inc. ("CafePress") in the matter of *Steven M. Gardner v. Café Press, Inc. and Beverly Teall*, Case No. 3:13-cv-01108-GPC-JMA ("*Gardner I*"), and amended the complaint in *Gardner I* to name Lakin Southall, an individual, as a defendant on October 10, 2014;

WHEREAS, on April 4, 2014, Gardner filed a second action against CafePress and PrideAndMore in the matter of *Steven M. Gardner v. CafePress Inc. and PrideAndMore*, Case No. 3:14-cv-00792-JAH-BLM ("*Gardner II*"), and amended the complaint in *Gardner II* to name TellApart, Inc. as a defendant on September 8, 2014;

WHEREAS, Gardner alleges that contents posted on the CafePress website, www.cafepress.com (the "Website") infringe his works referred to as "Find 12 Tigers" (VA 1-840-834), "Polar Bears 10 Hidden Bears" (VA 1-864-127), "Alaska Wildlife" (VA 1-840-780), and "Harmony of Wolves" (VA-851-029) (collectively, the "Works");

WHEREAS, both *Gardner I* and *Gardner II* are currently pending as consolidated actions in the United States District Court, Southern District of California (the "Court") and are referred to collectively as the "Lawsuits";

IT IS HEREBY AGREED AND STIPULATED by and between the parties, individually or through their counsel of record, that the stipulated judgment in the form attached as Exhibit 1 shall be entered by the Court.

Dated: January 28, 2015          LAW OFFICES OF DARREN J. QUINN

                                  By:   *s/ Darren J. Quinn*
                                        Darren J. Quinn
                                        *Attorneys for Plaintiff Steven M. Gardner*
                                        Email: dq@dqlaw.com

Dated: January 28, 2015          GREENBERG TRAURIG, LLP

                                  By:   *s/ Ian C. Ballon*

                              Ian C. Ballon
*Attorneys for Defendants CafePress Inc. and TellApart, Inc.*
Email: ballon@gtlaw.com

Dated: January 28, 2015        STOLL KEENON OGDEN PLLC

By: *s/ Samuel Hinkle*
      Samuel D. Hinkle
*Attorneys for Defendant PrideAndMore*
Email: sam.hinkle@skofirm.com

Dated:                         LAKIN SOUTHALL

By: *s/*
      Lakin Southall

---

STIPULATION FOR ENTRY OF JUDGMENT

2

13-cv-1108-GPC-JLB; 14-cv-792-GPC-JLB

1
2
3

                                          Ian C. Ballon
*Attorneys for Defendants CafePress Inc. and TellApart, Inc.*
Email: ballon@gtlaw.com

4  Dated: January 22, 2015　　　　STOLL KEENON OGDEN PLLC
5

6　　　　　　　　　　　　　　　By:  *s/* _____
7　　　　　　　　　　　　　　　　　　Samuel D. Hinkle
　　　　　　　　　　　　　　　　　*Attorneys for Defendant PrideAndMore*
8　　　　　　　　　　　　　　　　　Email: sam.hinkle@skofirm.com
9

10 Dated: January 22, 2015　　　　LAKIN SOUTHALL

11
12　　　　　　　　　　　　　　　By:  *s/* _____
　　　　　　　　　　　　　　　　　　Lakin Southall
13

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                            2

STIPULATION FOR ENTRY OF JUDGMENT

I, Darren J. Quinn, certify that the content of this Stipulation for Entry of Judgment is acceptable to all parties signing this motion, as required by the United States District Court for the Southern District of California Electronic Case Filing Administrative Policies and Procedures.

Dated: January 28, 2015        LAW OFFICES OF DARREN J. QUINN

By: *s/ Darren J. Quinn*
        Darren J. Quinn
*Attorneys for Plaintiff Steven M. Gardner*
Email: dq@dqlaw.com

# Exhibit 1

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GARDNER, an individual,<br><br>      Plaintiff,<br><br>    v.<br><br>CAFEPRESS INC., a Delaware corporation, and LAKIN SOUTHALL, an individual,<br><br>      Defendants. | Case Nos.: 13-cv-1108-GPC-JLB;14-cv-0792-GPC-JLB<br><br>**[PROPOSED] JUDGMENT PURSUANT TO THE PARTIES' STIPULATION FOR ENTRY OF JUDGMENT** |
| STEVEN M. GARDNER, an individual,<br><br>      Plaintiff,<br><br>    v.<br><br>CAFEPRESS INC., a Delaware corporation, PRIDEANDMORE; and TELLAPART, INC.<br><br>      Defendants. | |

Pursuant to a stipulation entered into by and among the parties, IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in this action in favor of each of the Defendants in these consolidated actions and against the Plaintiff on all claims. Each party shall bear its own costs, including attorneys' fees. The consolidated actions are hereby DISMISSED WITH PREJUDICE in their entirety.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                     Hon. Gonzalo P. Curiel
                                     United States District Court Judge