# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GARDNER, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAFEPRESS INC., a Delaware corporation, and LAKIN SOUTHALL, an individual,<br><br>　　　　Defendants. | Case Nos.: 13-cv-1108-GPC-JLB;14-cv-0792-GPC-JLB<br><br>**JUDGMENT PURSUANT TO THE PARTIES' STIPULATION FOR ENTRY OF JUDGMENT** |
| STEVEN M. GARDNER, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAFEPRESS INC., a Delaware corporation, PRIDEANDMORE; and TELLAPART, INC.<br><br>　　　　Defendants. | |

1 | Pursuant to a stipulation entered into by and among the parties, IT IS HEREBY
2 | ORDERED AND ADJUDGED that Judgment is entered in this action in favor of each of
3 | the Defendants in these consolidated actions and against the Plaintiff on all claims. Each
4 | party shall bear its own costs, including attorneys' fees. The consolidated actions are
5 | hereby DISMISSED WITH PREJUDICE in their entirety.

**IT IS SO ORDERED.**

Dated:  January 29, 2015

_____
Hon. Gonzalo P. Curiel
United States District Court Judge